



## MEMORANDUM OPINION

No. 04-11-00246-CV

In the Interest of **M.G.N.** and A.C.N., Minor Children

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2008-CI-17947
Honorable Antonia Arteaga, Judge Presiding

PER CURIAM

Sitting:      Karen Angelini, Justice
              Sandee Bryan Marion, Justice
              Phylis J. Speedlin, Justice

Delivered and Filed:  August 3, 2011

DISMISSED FOR LACK OF JURISDICTION

On March 1, 2011, the trial court signed a final judgment. On March 31, 2011, appellant George Carl Noyes filed a notice of appeal and a motion for new trial. After a hearing and within the period of its plenary power the trial court granted a partial new trial. *See* TEX. R. CIV. P. 329b(c),(e); *Thomas v. Oldham*, 895 S.W.2d 352, 356 (Tex. 1995). Thereafter, appellant advised the clerk of this court in writing of the trial court's order granting a partial new trial. In this document, appellant also stated "this appeal has been placed in suspense" until the final judgment is rendered in this cause.

Generally, appeals may be taken only from final judgments. *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). When a motion for new trial is granted, the case is reinstated

upon the docket of the trial court and will stand for trial the same as though no trial had been had. *Wilkins v. Methodist Health Care Sys.*, 160 S.W.3d 559, 563 (Tex. 2005). Here, because the trial court granted appellant's motion for new trial in part, there is no final judgment. Accordingly, we dismiss this appeal for lack of jurisdiction.

PER CURIAM